**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| RAYMOND REED, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REGIONAL ONE HEALTH LOOP CENTER, ANITA ELLIS, ROBERT BROWN, SANDY D. WILSON, TREVINS H. SPRINGER, PATRICK MALONE, and GARNETT MILLER, | ) No. 2:18-cv-02606-SHL-tmp |
|     Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE
JUDGE TU M. PHAM**

Before the Court is Magistrate Judge Tu M. Pham's Report and Recommendation, filed on December 17, 2018, recommending that the Court grant Defendants' Motions to Dismiss, (ECF Nos. 15, 18, 21, 22), and, additionally, that Plaintiff's case be dismissed for lack of subject matter jurisdiction. (ECF No. 25.)

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews *de novo* only those proposed findings of fact or conclusions of law to which a party specifically objects. Id.; see also Fed. R. Civ. P. 72(b)(3).

The deadline to object to the Report has passed, and Plaintiff has not filed any objections. The Court has reviewed the Report for clear error and finds none. Therefore, the Court

**ADOPTS** the Magistrate Judge's Report, **GRANTS** the various Motions to Dismiss and **DISMISSES** Plaintiff's Complaint for lack of subject matter jurisdiction.

   **IT IS SO ORDERED,** this 18th day of January, 2019.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
